[No. 26554-1-II.  Division Two.  December 21, 2001.]

*In the Matter of the Marriage of* DONALD RAY ANDERSON, *Respondent,* and TAMMY RENEE ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 99-3-01825-6, Kitty-Ann van Doorninck, J., entered September 22, 2000. *Reversed* by unpublished opinion per Armstrong, C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 27071-4-II.  Division Two.  December 21, 2001.]

THE STATE OF WASHINGTON, *Respondent,* v. MIGUEL ORTEGA-LOPEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 00-1-01414-1, Gary Tabor, J., entered December 5, 2000. *Reversed* by unpublished opinion per Houghton, J, concurred in by Hunt, A.C.J., and Bridgewater, J.

[No. 43522-1-I.  Division One.  December 24, 2001.]

THE STATE OF WASHINGTON, *Respondent,* v. HOLLIS JAY SIMMONS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 98-1-04178-8, Charles W. Mertel, J., entered November 4, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 45518-4-I.  Division One.  December 24, 2001.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT E. FARLER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-01136-2, Kenneth L. Cowsert and George N. Bowden, JJ., entered October 27, 1999. *Reversed* by unpublished per curiam opinion.